[No. 38792-1-II.   Division Two.   August 17, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. NANCY JEAN
TILLETT, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. 08-1-01008-1, Theodore F. Spearman, J., en-
tered January 23, 2009. *Affirmed* by unpublished opinion
per Quinn-Brintnall, J., concurred in by Bridgewater and
Armstrong, JJ.

[No. 38910-0-II.   Division Two.   August 17, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. LINDA RAE BOZAK,
*Appellant*.

Appeal from a judgment of the Superior Court for
Jefferson County, No. 08-1-00206-9, Craddock D. Verser, J.,
entered January 23, 2009. *Affirmed in part* and *remanded*
by unpublished opinion per Quinn-Brintnall, J., concurred
in by Bridgewater and Armstrong, JJ.

[No. 38971-1-II.   Division Two.   August 17, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ERICA N. GOOKIN,
*Appellant*.

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 08-1-01796-0, Gary R. Tabor, J., entered
March 9, 2009. *Affirmed* by unpublished opinion per
Penoyar, C.J., concurred in by Hunt and Van Deren, JJ.

[No. 39042-6-II.   Division Two.   August 17, 2010.]

JOSEPH R. AMEDSON, *Appellant*, v. THE WASHINGTON STATE
BOARD OF PHARMACY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 08-2-01147-7, Christine A. Pomeroy, J.,
entered March 4, 2009. *Affirmed* by unpublished opinion
per Bridgewater, J., concurred in by Hunt, J.; Quinn-
Brintnall, J., concurring separately.